UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) TAMIKA HAYSLETT, et al., ) ) Defendants. ) | Case No. 4:09CV1850SNLJ |

## MEMORANDUM AND ORDER

On October 14, 2010, the Court dismissed all defendants in this litigation except for Washington Limousine Service, Inc. (#92). As a result, certain pending motions became moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Default Judgment as to Party Defendants Barbara Hamilton, Naketa Rose, Geneva Ewing, Dejanill Shearer, Rita Grossett, Monica Harris, Bertha Hines, Melissa Sykes, Doris Newhouse, Darael Fentress, Georgia Lenard, Allen Lenard, Katie Boahen, Linda Cobbs, Edward Dagner, Mary Norfolk, Sharonda Johnson, Carron Nichols, Tayuana Driver, Zetta Moore, Leslie Washington, Stephanie Hamilton, Dartallion Allen, Progressive Premiere Insurance Company of Illinois, Thomas Wilmes, and William Moley (#67) is DENIED as moot because those defendants have been dismissed.

**IT IS FURTHER ORDERED** that defendant Progressive Premiere Insurance Company of Illinois's Motion to Dismiss (#70) is DENIED as moot because that defendant has been dismissed on other grounds.

**IT IS FINALLY ORDERED** that defendant Progressive Premiere Insurance Company of Illinois's Motion for Leave to File a Reply Instanter (#76) is DENIED as moot.

Dated this __20th__ day of October, 2010.

                                                                             _/s/ Stephen N. Limbaugh, Jr._____
                                                                             UNITED STATES DISTRICT JUDGE